UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARRON FAULK, | : | 3:17-cv-0941 |
| Plaintiff | : | |
| vs. | : | Hon. John E. Jones III |
| Dr. FROMMER, | : | |
| Defendant | : | |

# **ORDER**

**December 20, 2018**

**NOW THEREFORE**, in accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The claims against Defendant Frommer are **DISMISSED WITHOUT PREJUDICE** for failure to effect service.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge